**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELISSA McGUIRE,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:05-cv-1421-Orl-22KRS**

**RYLAND GROUP, INC.,**

                **Defendant.**

_____

## SUPPLEMENTAL BRIEFING ORDER

This cause came on for consideration by the Court *sua sponte*. It is not clear from the amended complaint and the papers filed with the Court whether the amount in controversy "exceeds the sum or value of $75,000, exclusive of interests and costs" as required for this Court to exercise jurisdiction under 28 U.S.C. § 1332. Accordingly, it is **ORDERED** that, on or before January 13, 2006, counsel for the plaintiff shall advise the Court in writing of the amount in controversy in this case. If there is a dispute whether the amount in controversy is sufficient to satisfy the jurisdictional threshold, I will schedule an evidentiary hearing on the matter.

**DONE** and **ORDERED** in Orlando, Florida on January 6, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties