**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MELISSA McGUIRE,**

          **Plaintiff,**

**-vs-**                                                **Case No.  6:05-cv-1421-Orl-22KRS**

**RYLAND GROUP, INC.,**

          **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the Stipulation for Protective Order, doc. no. 53, which the Court construes as a motion for the entry of a protective order. It is unclear whether information protected as confidential under the stipulation is only "Ryland homeowner names, addresses and phone numbers," or whether it permits the parties to designate as confidential any information produced during discovery, even if the information does not disclose Ryland homeowner names, addresses and phone numbers.

Before entering a protective order, the Court must find that good cause warrants the entry of the order with respect to each category of documents or information sought to be included in the order. *In re Alexander Grant & Co. Litigation*, 820 F.2d 352, 355-57 (11th Cir. 1987). The parties have not presented good cause to support the vague description of confidential documents in this proposed protective order. Therefore, the motion is **DENIED**.

The parties are free to enter into a private confidentiality agreement.

**DONE** and **ORDERED** in Orlando, Florida on November 29, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties